UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHADWICK SMITH, Individually and for Others Similarly Situated,<br><br>v.<br><br>GUIDANT GLOBAL, INC. and GUIDANT GROUP, INC. | Case No. 2:19-CV-12318-GAD-CI<br><br>District Judge:  Hon. Gershwin A. Drain<br>Mag. Judge:     Hon. Curtis Ivy, Jr. |

**ORDER GRANTING AGREED MOTION TO TRANSFER VENUE**

Before the Court is the Parties' Agreed Motion to Transfer Venue. After reviewing the Agreed Motion and finding good cause for the requested relief, the Court is of the opinion the Agreed Motion should be GRANTED.

It is therefore ORDERED this case is transferred to the United States District Court for the Western District of Pennsylvania, Pittsburgh Division so that the Parties can seek approval of their settlement before the Court presiding over *Bowser v. Duke Energy Corp., et al.*, No. 16-0482-DSC (W.D. Pa.).

Signed on this 26th day of September 2022.

s/Gershwin A. Drain
**THE HONORABLE GERSHWIN A. DRAIN
UNITED STATES DISTRICT COURT JUDGE**

1